# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00473-CV

---

**In re Julie A. Ketterman**

**E. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**NO. 17-1409, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING**

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of E.J. The subject of this proceeding is Julie A. Ketterman, appellant's attorney.

Appellant filed her notice of appeal on July 16, 2018, and her brief was due August 16, 2018. On August 20, 2018, we ordered counsel to file appellant's brief no later than August 30, 2018. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Julie A. Ketterman shall appear in person before this Court on **Wednesday, September 26, 2018, at 9:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our August 20, 2018 order. This order to

show cause will be withdrawn and Ketterman will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before September 24, 2018**.

It is ordered on September 11, 2018.

Before Chief Justice Rose, Justices Pemberton and Field